# THE MARKS LAW FIRM, P.C.

December 11, 2017

**VIA ECF**
The Honorable Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Baldelli v. Bowl 360 Inc.*
             Case No.: 1:17-cv-07884-SHS

Dear Judge Stein:

Today, I spoke to the attorney for Defendant and we came to an agreement in principal in this matter. Based on the agreement in principal, the Parties are now working out the terms of a formal settlement agreement.

At this time, Defendant has their response due to the Complaint on December 12, 2017. The Parties request that Defendant's response to the Complaint is stayed until the Parties have time to finalize the settlement agreement.

The Parties respectfully and jointly request 30 days for the Parties to file a joint stipulation to dismiss the lawsuit or submit a status letter regarding settlement status on or before January 11, 2018.

        Respectfully submitted,

        Bradly G. Marks, Esq.

cc:    All Attorneys of Record (*via* ECF)

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawfirm.net
www.markslawpc.com