USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD BALDELLI, *and on behalf of all*
*Other persons similarly situated,*

           Plaintiff,

        v.

BOWL 360, INC.,

           Defendants.

Case No. 1:17-cv-7884

STIPULATION ↓ ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff RICHARD

BALDELLI, and on behalf of all other persons similarly situated, and Defendant BOWL 360,

INC (collectively, "Defendant"), through their undersigned respective counsel, that the above-

entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its

own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure.

Dated: Garden City, New York
       January 18, 2018

By: _____

    Bradley Marks, Esq.
    THE MARKS LAW FIRM, P.C.
    175 Varrick Street, 3rd Floor
    New York, NY 10014
    Telephone: (646) 770-3775
    Facsimile: (646) 867-2639
    *Attorneys for Plaintiff*

By: _____

    David J. Grech
    Gordon & Rees Scully Mansukhani
    One Battery Park Plaza
    New York, NY 10004
    Tel. (212) 453 - 0746
    *Attorneys for Defendant*
    *Bowl 360, Inc.*

SO ORDERED 1/18/18

_____
SIDNEY H. STEIN
U.S.D.J.